# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

07 AUG 22  AM 11: 00

CLERK - LAS CRUCES

AGUSTIN HERNANDEZ-PAZ,

   Movant,

vs.

              CIVIL  NO.  Civ 05-0655 RB/DJS
              Criminal No.  04-771 RB

UNITED STATES OF AMERICA,

   Respondent.

## ORDER AND JUDGMENT

  This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, no oobjections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

  **IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

  **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action be, and hereby is, dismissed with prejudice.

            _____
            **HON. ROBERT BRACK**
            **UNITED STATES DISTRICT JUDGE**